1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    | No. CV A 08-7167
11 |           Plaintiff,         |
12 |      vs.                     | CONSENT JUDGMENT
13 | BRIAN L. DOBRIN, AKA BRIAN   |
14 | DOBRIN,                      |
15 |           Defendant          |

16

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Brian L. Dobrin, aka
20 Brian Dobrin, in the principal amount of $49,712.14 plus
21 interest accrued to October 23, 2008, in the sum of
22 $49,390.47; with interest accruing thereafter at $8.87 daily
23 until entry of judgment, for a total amount of  **$99,102.61**.

24

25 DATED: 1/5/2009          By: TERRY NAFISI
26                              Clerk of the Court

27
                                 J. Rayford
28                               Deputy Clerk
                                 United States District Court

Page 5